In the Matter of STEVEN L. FELICIA H., Appellant, et al., Petitioner; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, et al., Respondents. [910 NYS2d 758]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered September 17, 2009. The order, among other things,

adjudged that it would not be in the subject child's best interest to allow personal contact with petitioner Felicia H.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Carni, Lindley and Pine, JJ.